IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON  DIVISION

| | | |
|---|---|---|
| JAMES K. HEWITT, | : | |
| | : | 5:09-CV-90044 (CAR) |
| Petitioner, | : | |
| | : | HABEAS CORPUS |
| vs. | : | 28 U.S.C. § 2255 |
| | : | |
| UNITED STATES OF AMERICA, | : | 5:05-CR-66 (CAR) |
| | : | |
| Respondent. | : | |

## *ORDER ON THE RECOMMENDATION*
## *OF THE UNITED STATES MAGISTRATE JUDGE*

Before the Court is the Report and Recommendation [Doc. 53] from United States Magistrate Judge G. Mallon Faircloth, that recommends denying Petitioner's Motion to Vacte, Set Aside, or Correct his Sentence Pursuant to 28 U.S.C. § 2255 for failing to state a claim for which this Court may grant relief and as being time-barred.  Petitioner, proceeding *pro se*, has subsequently filed an Objection to the Recommendation [Doc. 54]. Pursuant to 28 U.S.C. § 636(b)(1), the Court has thoroughly considered Petitioner's Objection, has made a de novo determination of the portions of the Recommendation to which Petitioner objects, and finds the Objection to be without merit.

As explained by the Magistrate Judge, Petitioner's Motion is well outside the AEDPA statute of limitations as contained in § 2255(f), and his claims that the state courts delayed his filings and therefore caused him to file outside the time limitations are without

merit. This Court agrees with the Magistrate Judge's reasoning and conclusions as set forth in the Report and Recommendation. Accordingly, the Report and Recommendation [Doc. 53] is **ADOPTED** and **MADE THE ORDER OF THIS COURT**, and Petitioner's Motion to Vacate , Set Aside, or Correct his Sentence Pursuant to 28 U.S.C. § 2255 [Doc. 51] is **DISMISSED**.

    **SO ORDERED**, this 9th day of June, 2009.

                                      S/ C. Ashley Royal  
                                      C. ASHLEY ROYAL  
                                      UNITED STATES DISTRICT JUDGE

SSH